No. 301.

D. W. PRATT, TAX COLLECTOR, vs. J. J. HOLMES.

In the absence in the pleadings, when the amount is less than $2000, of any suggestion as to the legality or constitutionality of a tax, the appeal will be dismissed.

APPEAL from the Second District Court, Parish of Webster. Boone, J.

*Watkins & Watkins* for Plaintiff and Appellee.

*Drew & Stewart* for Defendant and Appellant.

The opinion of the court was delivered by

McENERY, J.   The defendant is sued for a license tax for carrying on the occupation of broker.   He answers, denying that he conducts a brokerage business.

There is no issue, suggested by the pleadings, in any way involving the legality or constitutionality of the tax.  There is only a question of fact at issue, whether or not the defendant conducts and carries on the business for which the license is demanded.   Art. 81 of the Constitution, as amended.   Breazeale et al. vs. Wyoming Frank, 43 An. 225.

The amount involved is less than $2000.

It is, therefore, ordered that the appeal be dismissed.